Judge: Thomas T. Glover
Chapter: 13
Hearing Date: January 27, 2010
Hearing Time: 9:30 a.m.
Hearing Location:
    Marysville Municipal Court
    1015 State Ave. Courtroom 1
    Marysville, WA 98270
Response Date: January 20, 2010

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

TROY DEE DENNEY and

LISSA CHRISTINE DENNEY,

    Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 08-15808-TTG

ORDER DISMISSING CASE

THIS MATTER having come before the Court upon the Chapter 13 Trustee's motion to dismiss case, proper notice having been given, the response date having passed and no written response having been received, and the Court having examined the files and records, and being fully advised, it is

ORDERED that this case is dismissed.

_____
Thomas T. Glover
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee

ORDER DISMISSING CASE - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282